ACCEPTED
08-24-00147-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 2:49 PM
ELIZABETH G. FLORES
CLERK

# 08-24-00147-CR

NO. 08-24-00147-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 2:49:11 PM
ELIZABETH G. FLORES
Clerk

| | | |
|---|---|---|
| CELESTE MARIE SALINAS | * | IN THE COURT OF APPEALS |
| APPELLANT | * | EL PASO, TEXAS |
| | * | |
| V. | * | 8TH DISTRICT OF TEXAS |
| | * | |
| STATE OF TEXAS | * | |
| APPELLEE | * | AT EL PASO, TEXAS |

## ENTRY OF APPEARANCE

Please enter the appearance of Rebecca P. Linehan as the attorney for the State of Texas in this case.

Dated: November 5, 2024          Respectfully submitted,

AMANDA NAVARETTE
District Attorney
Winkler and Crane Counties

/s/Rebecca P. Linehan
REBECCA P. LINEHAN
State Bar No. 24077827
Special Prosecutor
rlinehan@stubbeman.com

PO Box 1041
Kermit, Texas 79745
432.586.3700
432.586.3208 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing document was sent on November 5, 2024, by transmission through the authorized electronic filing manager to all counsel of record.

/s/Rebecca P. Linehan
REBECCA P. LINEHAN
State Bar No. 24077827

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Roxanne Campos on behalf of Rebecca Patterson
Bar No. 24077827
rcampos@stubbeman.com
Envelope ID: 93960292
Filing Code Description: Other Document
Filing Description: Entry of Appearance
Status as of 11/5/2024 4:42 PM MST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rebecca Linehan | | rlinehan@stubbeman.com | 11/5/2024 2:49:11 PM | SENT |
| Roxanne Campos | | rcampos@stubbeman.com | 11/5/2024 2:49:11 PM | SENT |
| Amanda Navarette | | amanda.navarette@co.winkler.tx.us | 11/5/2024 2:49:11 PM | SENT |